## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| April Wicklund, | **Civil No. 06-337 (RHK/AJB)** |
| Plaintiff, | |
| vs. | **ORDER** |
| Audit Systems Incorporated and Ms. Young, | |
| Defendants. | |

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

BY THE COURT

Dated:   4/6/06

s/Richard H. Kyle
The Honorable Richard H. Kyle
Judge of United States District Court